## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HOWARD | CIVIL ACTION |
| VERSUS | 20-610-SDD-SDJ |
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE | |

### RULING

The Court, after carefully considering the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson, dated July 9, 2021, to which no objection was filed, hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that removal was timely and Plaintiff's *Motion to Remand* (Rec. Doc. 5) is DENIED.

Signed in Baton Rouge, Louisiana on <u>August 5, 2021</u>.

*/s/ Shelly D. Dick*
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 5.
[2] Rec. Doc. 9.